UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONITA ROBINSON, o/b/o
D.L.S.R.,

   Plaintiff,      Case No. 18-cv-11835

             Paul D. Borman
v.             United States District Judge

             David R. Grand
             United States Magistrate Judge

COMMISSIONER OF SOCIAL
SECURITY,

   Defendant.
_____/

**<u>ORDER: (1) ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION (ECF #14); (2) GRANTING PLAINTIFF'S MOTION FOR REMAND UNDER SENTENCE FOUR OF 42 U.S.C. §405(g) FOR FURTHER CONSIDERATION CONSISTENT WITH THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION (ECF #12); AND (3) DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF #13)</u>**

Now before the Court is the Report and Recommendation of Magistrate Judge David R. Grand (ECF #14) recommending that the Court grant Plaintiff Donita Robinson's Motion for Summary Judgment, brought on behalf of D.L.S.R, to the extent it seeks remand (ECF #12) and deny Defendant Commissioner of Social Security's Motion for Summary Judgment (ECF #13).

Having reviewed the Report and Recommendation and there being no timely objections under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(b), the Court ADOPTS the Magistrate Judge's Report and Recommendation, GRANTS Plaintiff's Motion for Remand, DENIES Defendant's Motion for Summary Judgment, and REMANDS this matter under sentence four of 42 U.S.C. §405(g) for further consideration consistent with the Report and Recommendation.

IT IS SO ORDERED.


Dated: April 3, 2019                 s/Paul D. Borman
                                                 Paul D. Borman
                                                 United States District Judge